JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TANIELA FONOIFUA, | Case No. 2:22-cv-04280-PA-KES |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| JIM ROBERTSON, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of the U.S. Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied with prejudice.

DATED: July 7, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE